1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   MICHAEL LATOURETTE,

11                       Plaintiff,                CASE NO. 2:12-cv-0564 BHS-JRC

12          v.                                     ORDER DENYING PLAINTIFF'S
                                                   MOTION FOR RECONSIDERATION
13   WASHINGTON DEPARTMENT OF
     CORRECTIONS, et al.,
14
                         Defendant.
15

16

17          This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate

18   Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1,

     MJR 3, and MJR 4.
19
            Plaintiff has filed a motion for reconsideration of the Court's order denying plaintiff's
20
     motion to stay this action (ECF No. 34). The Court denies plaintiff's motion for reconsideration.
21
     Motions for reconsideration are disfavored under the Local Rules. *See*, Local Rule 7(h). "The Court
22
     will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or
23
     a showing of new facts or legal authority which could not have been brought to its attention earlier
24

with reasonable diligence." *Id.* Plaintiff asked the Court to stay this action only two days before the discovery deadline of January 18, 2013. Plaintiff alleges that he needs the action stayed until "sometime after 18 August 2013" so that he can obtain counsel (ECF No. 32). The motion was denied given the scheduling order and the fact that one extension of time had already been granted (ECF No. 33, page 2). Plaintiff failed to show he had attempted to prosecute his action and waited until two days prior to the discovery cutoff to ask the Court to stay the case.

Plaintiff now contends he is a high school dropout and that he has not conducted any discovery. Plaintiff also contends he does not know how to conduct discovery. Plaintiff's status as a pro se litigant does not absolve him of his duty to familiarize himself with and follow the Fed. R. Civ. P. and this Court's Local Rules. *Tabi v. Pasedena Area Community College District*, 2013 WL 618885 *1 (9th Cir. 2013); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir.1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.") (citation omitted), *overruled on other grounds*, *Lacey v. Maricopa County*, 693 F.3d 896, 2012 WL 3711591 (9th Cir. Aug.29, 2012).

As the Court noted in the order denying plaintiff's motion to stay the case, plaintiff has failed to show there is cause to delay dispositive motions (ECF 33). Defendants have now filed a timely motion for summary, which is noted for March 15, 2013 (ECF No. 35). Plaintiff's motion for reconsideration is denied.

Dated this 5th day of March, 2013.

_____
J. Richard Creatura
United States Magistrate Judge