UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LATOURETTE,

            Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS, at al.,

            Defendants.

CASE NO. C12-564 BHS-JRC

ORDER DIRECTING APPOINTMENT OF COUNSEL FROM THE PRO BONO PANEL

    In the order delaying summary judgment (ECF No. 62) the Court indicated it would arrange for the appointment of counsel to represent plaintiff. The Clerk's Office is directed to send a copy of this order to the Pro Bono Coordinator who is directed to procure counsel for plaintiff and notify the Court when counsel has been appointed.

    Dated this 21st day of June, 2013.

                                                J. Richard Creatura
                                                United States Magistrate Judge