UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LATOURETTE,

          Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS et al.,

          Defendants.

CASE NO. C12-564 BHS-JRC

ORDER

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

      Plaintiff has filed a second motion for reconsideration (ECF No. 63). Plaintiff received the relief that he is requesting in an order that the Court filed the same day that plaintiff's motion was filed. (*See* ECF No. 62.) Further, the Court rules do not allow for a second motion for

ORDER - 1

1  reconsideration. The Clerk's office is directed to remove plaintiff's motion, (ECF No. 63), from
2  the Court's calendar.

3        Dated this 3rd day of July, 2013.

                                          J. Richard Creatura
                                          United States Magistrate Judge