1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LATOURETTE,

               Plaintiff,

    v.

WASHINGTON DEPARTMENT OF
CORRECTIONS et al.

           Defendants.

CASE NO. C12-564 BHS-JRC

ORDER

12

13

14

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

15

16

17

Review of the Court's calendar discloses that the summary judgment motion filed by

defendants, (ECF No. 35), is still on the Court's calendar with a March 15, 2013 noting date. The

Court's consideration of this motion has been delayed by the Court's decision to appoint counsel.

18

19

20

The Court orders the clerk's office to strike this motion. Defendants may either re-note

the motion for a date after the discovery cutoff date of November 15, 2013, (ECF No. 65), or

defendants may file a new motion based on updated information.

21

Dated this 23rd day of August, 2013.

22

23

24

J. Richard Creatura
United States Magistrate Judge