UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL LATOURETTE,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS et al.,

    Defendants.

CASE NO. C12-564 BHS-JRC

ORDER GRANTING PLAINTIFF'S MOTIONS TO SEAL CERTAIN RECORDS

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Plaintiff has two motions to seal records currently before the Court (Dkt. 110 and 118). The records in question are medical records and the motion is made pursuant to an agreement between the parties. Further, the motions are in accordance with a stipulated protective order that the Court entered on December 30, 2013. The Court grants both of plaintiff's motions to seal records (Dkt. 110 and Dkt. 118).

Dated this 17th day of June, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTIONS TO
SEAL CERTAIN RECORDS - 1